# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

BARRY MESSER, INDIVIDUALLY AND AS THE ADMINISTRATOR OF THE ESTATE OF CATHY MESSER, DECEASED,

      Respondent

          v.

THE GOODYEAR TIRE & RUBBER COMPANY,

      Petitioner

:  No. 145 EM 2019
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of March, 2020, the Petition for Allowance of Appeal, treated as a Petition for Review, is DENIED.